UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 22-23141-CIV-DIMITROULEAS

JAMES DUMAY,

    Plaintiff,

v.

WHELAN EVENT STAFFING
SERVICES, INC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMES DUMAY and Defendant, WHELAN EVENT STAFFING SERVICES, INC, by and through their respective undersigned counsel, hereby stipulate that this case be dismissed with prejudice, with each party to bear their own fees, costs, and disbursements

Respectfully submitted this 26th day of June, 2023.

| | |
|---|---|
| /s/   Jorge L. Costa<br>Anthony M. Georges-Pierre, Esq.<br>Florida Bar No. 533637<br>Email: agp@rgpattorneys.com<br>Jorge L. Costa, Esq.<br>Florida Bar No. 1031513<br>Email: JCosta@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>2745 Ponce De Leon Blvd<br>Coral Gables, Fl 33134<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br>Attorneys for Plaintiff | /s/*Elizabeth M. Rodriguez*<br>Elizabeth M. Rodriguez<br>Florida Bar No. 821690<br>erodriguez@fordharrison.com<br>Ford & Harrison, LLP<br>One S.E. 3rd Avenue, Suite 2130<br>Miami, FL  33131<br>Telephone: (305) 808-2143<br>Facsimile: (305) 808-2101 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on 26th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on the following Service List.

/s/*Elizabeth M. Rodriguez*
Counsel for Defendant

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Email: agp@rgpattorneys.com
Jorge L. Costa, Esq.
Florida Bar No. 1031513
Email: JCosta@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
2745 Ponce De Leon Blvd
Coral Gables, Fl 33134
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Attorneys for Plaintiff